## CIVIL CASE INFORMATION STATEMENT
### IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

**I. CASE STYLE:**

EDWARD CLEVENGER,

    Plaintiff,

v.

    Civil Action No. 19-C-482
    (Judge /s/ CHRISTOPHER D. CHILES

METROPOLITAN HUNTINGTON, LLC,
d/b/a PULLMAN SQUARE, an Ohio limited
liability company,

    Defendant.

| Defendant | Days to Answer | Type of Service |
|---|---|---|
| Metropolitan Huntington, LLC<br>Corporation Service Company<br>209 West Washington Street<br>Charleston, WV 25302 | 30 | Secretary of State |



FILED 2019 OCT 23 PM 2:15 J.E. HOOD CIRCUIT CLERK CABELL CO. WV

Original and two (2) copies of complaint enclosed/attached.

| PLAINTIFF: EDWARD CLEVENGER | CASE NUMBER: |
|---|---|
| DEFENDANT: METROPOLITAN HUNTINGTON, LLC, d/b/a PULLMAN SQUARE, an Ohio limited liability company | 19-C-482 |

II. TYPE OF CASE:

☒ General Civil
☐ Mass Litigation
   ☐ Asbestos
   ☐ Carpal Tunnel Syndrome
   ☐ Diet Drugs
   ☐ Environmental
   ☐ Industrial Hearing Loss
   ☐ Silicone Implants
   ☐ Other: _____
☐ Habeas Corpus/Other Extraordinary Writ
☐ Other: _____

☐ Adoption
☐ Administrative Agency Appeal
☐ Civil Appeal from Magistrate Court
☐ Miscellaneous Civil Petition
☐ Mental Hygiene
☐ Guardianship
☐ Medical Malpractice

III. JURY DEMAND ☒ YES ☐ NO
CASE WILL BE READY FOR TRIAL BY (MONTH/YEAR): 10/2020

IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY OR AGE? ☐ YES ☒ NO
IF YES, PLEASE SPECIFY:
  ☐ Wheelchair accessible hearing room and other facilities
  ☐ Interpreter or other auxiliary aid for the hearing impaired
  ☐ Reader or other auxiliary aid for the visually impaired
  ☐ Spokesperson or other auxiliary aid for the speech impaired
  ☐ Other: _____

| | | |
|---|---|---|
| Attorney Name: | Scott S. Segal (WV Bar #4717)<br>Jason P. Foster (WV Bar #10593) | Representing: |
| Firm: | THE SEGAL LAW FIRM, L.C. | ☒ Plaintiff ☐ Defendant |
| Address: | 810 Kanawha Boulevard, East<br>Charleston, WV 25301 | ☐ Cross-Complainant ☐ Cross-Defendant |
| Telephone: | (304) 344-9100 | |
| Facsimile: | (304) 344-9105 | |
| E-mail: | scott.segal@segal-law.com<br>jason.foster@segal-law.com | |

Dated: October 21, 2019

Signature

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

EDWARD CLEVENGER,

    Plaintiff,

v.

Civil Action No. 19-C-482
(Judge /s/ CHRISTOPHER CHILES

METROPOLITAN HUNTINGTON, LLC,
d/b/a PULLMAN SQUARE, an Ohio limited
liability company,

    Defendant.

## COMPLAINT

NOW COMES Plaintiff, Edward Clevenger ("Plaintiff"), by counsel, Scott S. Segal, Jason P. Foster and The Segal Law Firm, and for his Complaint against Defendant Metropolitan Huntington, LLC, d/b/a Pullman Square, ("Defendant"), states as follows:

### I. PARTIES

1. Plaintiff is and was at all times relevant to the events underlying this Complaint a citizen and part-time resident of Westmoreland, Wayne County, West Virginia.

2. Defendant is and was at all times relevant to the events underlying this Complaint a limited liability company existing under the laws of the State of Ohio and duly registered with the West Virginia Secretary of State to do business in the State of West Virginia.

### II. JURISDICTION AND VENUE

3. Jurisdiction and venue are vested with the Circuit Court of Cabell County, West Virginia, as the incident giving rise to this claim occurred in Cabell County, West Virginia, Plaintiff resides in Cabell County and Defendant operates the Pullman Square shopping center where the events giving rise to this civil action occurred.

## III. FACTS

4. Plaintiff incorporates all allegations above as if fully restated and re-alleged and Plaintiff further complains and says as follows:

5. At all times relevant to this civil action, Defendant operated the Pullman Square shopping center located at 220 9th Street, Huntington, West Virginia ("Pullman Square").

6. On February 13, 2019, Plaintiff was lawfully upon the Pullman Square premises during regular business hours.

7. On February 13, 2019, Plaintiff visited Pullman Square for the purpose of shopping at the stores located at Pullman Square.

8. Plaintiff was going up the escalator located on the Pullman Square premises nearing the top when the escalator suddenly and without warning stopped, throwing Plaintiff forward.

9. The escalator immediately thereafter jerked forward suddenly and without warning throwing Plaintiff backwards causing Plaintiff to lose his balance and fall part-way down the escalator.

10. As a result of the fall, Plaintiff received several severe injuries including extensive lacerations, abrasions, a broken clavicle and a head injury.

## COUNT I
## NEGLIGENCE

11. Plaintiff incorporates all allegations above as if fully restated and re-alleged and Plaintiff further alleges as follows:

12. As the operator of Pullman Square, Defendant owed Plaintiff a duty to exercise ordinary care to keep and maintain the Pullman Square premises in a reasonably safe condition.

13. As part of this duty, Defendant owed a duty to Plaintiff to maintain the escalator in a reasonably safe condition.

14. Defendant breached its duty to Plaintiff by failing to maintain the escalator in a safe operating condition.

15. As a direct and proximate result of Defendant's tortious acts and/or failures to act, Plaintiff sustained severe and permanent personal injuries.

## COUNT II
## DAMAGES OF PLAINTIFF

15. Plaintiff incorporates all allegations above the same as if fully restated and re-alleged and Plaintiff further alleges as follows:

16. As a direct and proximate result of Defendant's tortious acts and/or failures to act, Plaintiff sustained severe and permanent injuries to his person.

17. As a direct and proximate result of Defendant's tortious acts and/or failures to act, Plaintiff incurred medical bills for his care and treatment, as well as other expenses.

18. As a direct and proximate result of Defendant's tortious acts and/or failures to act, Plaintiff has experienced a loss of enjoyment of life.

19. As a direct and proximate result of Defendant's tortious acts and/or failures to act, Plaintiff has endured and will continue to endure in the future, severe pain and suffering, physically, mentally and emotionally.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court enter judgment against Defendant in an amount in excess of this Court's jurisdictional minimum, pre- and post-judgment interest and any other relief this Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury upon all issues triable by a jury raised herein.

                                 **EDWARD CLEVENGER,**
                                 **Plaintiff,**

                                 **By counsel:**

_/s/ signature_

Scott S. Segal (WV Bar I.D. #4717)
Jason P. Foster (WV Bar I.D. #10593)
**THE SEGAL LAW FIRM**
**A Legal Corporation**
810 Kanawha Boulevard, East
Charleston, West Virginia 25301
Telephone: (304) 344-9100
Facsimile: (304) 344-9105

4

```
           Cabell County Circuit Clerk's Office                    Page:    1
           750 5th Avenue
           Huntington, WV   25701

RECEIPT
NUMBER: 304406                                              October 23, 2019

Received of: Scott S. Segal

The exact sum of Two Hundred  Dollars and 00 cents


Plaintiff: Edward Clevenger
Defendant: Metropolitan Huntington, d/b/a Pullman S

Case Number: CK-6-2019-C-482

Description                                                          Amount
FILE      CIVIL       Filing Fee                                     200.00
PAYMENT-CHECK (2216)                                                -200.00

                              Jeffrey E. Hood, Circuit Clerk
                       Deputy _____
                              Betty Utt
```